

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-12-00131-CV**

**REBECCA D. HOLLAND,**

                                                            **Appellant**

 **v.**

**JOHN W. MARTIN, JR.,**

                                                            **Appellee**

**From the 278th District Court**
**Madison County, Texas**
**Trial Court No. 11-12661-278-01**

**MEMORANDUM  OPINION**

Appellant Rebecca D. Holland and Appellee John W. Martin, Jr., have filed a "Joint Motion to Vacate Trial Court's Judgment."  It states that Appellant and Appellee have reached a settlement agreement, rendering further proceedings in this appeal unnecessary.  The parties therefore jointly request that we vacate and set aside the trial court's judgment without regard to the merits and remand this matter to the trial court for disposition in accordance with the parties' agreement.

The motion is granted.  We set aside the trial court's judgment without regard to

the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; set aside and remanded
Opinion delivered and filed May 22, 2014
[CV06]